IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-113-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ELRECE LAMAR WHITEHEAD, ) | |
| ) | |
| Defendant. ) | |

On June 5, 2017, Elrece Lamar Whitehead filed a motion for recommendation for twelve months residential reentry center placement [D.E. 107]. The Bureau of Prisons ("BOP") gets to decide whether Whitehead will serve any of his imprisonment in a residential reentry center. See 18 U.S.C. §§ 3621(b), 3624(c). If Whitehead is not satisfied with the BOP's decision, Whitehead may seek judicial review. To date, the BOP has not made its decision [D.E. 107], and this court declines to make a recommendation.

In sum, Whitehead's motion for recommendation for twelve months residential reentry center placement [D.E. 107] is DENIED.

SO ORDERED. This 6 day of June 2017.

JAMES C. DEVER III
Chief United States District Judge